03-14-00386-CR

Cause no._____ [1]


FILED
April 28, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Gayleen S. Todd

Appellant

2116 Juniper Trail

Round Rock, Texas 78664

Court of Appeals

3rd Judicial District

P. O. Box 12547

Austin, Texas 78711


RECEIVED
APR 2 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## Motion for and Affidavit of Indigence

I, Gayleen Todd, respectfully request that the trial court furnish the complete appellate record to me without charge.

I verify that I am unable to pay or give security for the appellate record. An attempt to even obtain the means to do so would create a severe financial hardship for me.

I ask that the court order the reporter, Karen Goh, to transcribe the proceedings of the trial in it's entirety and provide a copy to me.

I ask this in accordance with the Texas Rules of Appellate Procedure 20.2 for criminal cases.

---

1. This is a non-case until STATE proves standing. The number that has been associated with this matter is 13-08168-3.

I, Gayleen S. Todd, am unable to pay the costs of court and transcripts.

I verify that the statements made in this affidavit are true and correct.

Signed this the 24 day of April, 20 15

s.

Gayleen Todd
appellant

Sworn and subscribed this the 24 day of April, 20 15

s. _____     Name printed Marietta Kerns

Notary Public Williamson county, Tx.     My commission expires

_____ June 9, 2018

MARIETTA KERNS
Notary Public, State of Texas
My Commission Expires
JUNE 9, 2018